# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

Richmond Division

| | |
|---|---|
| Kim L. Franklin<br>*Plaintiff(s)*<br>*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*<br>-v-<br>James Brien Comey<br>(see attached)<br>*Defendant(s)*<br>*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | Case No. 3:17cv798<br>*(to be filled in by the Clerk's Office)*<br><br>Jury Trial: *(check one)* ☐ Yes ☒ No |

## COMPLAINT FOR A CIVIL CASE

**I. The Parties to This Complaint**

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Kim L. Franklin |
| Street Address | 2601 The Terrace |
| City and County | Richmond |
| State and Zip Code | Virginia 23222 |
| Telephone Number | 804-668-8017 |
| E-mail Address | epikim67@yahoo.com |

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | James Brien Comey Jr. |
| Job or Title *(if known)* | Former Director Federal Bureau of Investigations |
| Street Address | Howard University, 2400 Sixth Street, NW |
| City and County | Washington, DC 20059 |
| State and Zip Code | |
| Telephone Number | 202-806-6100 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | John Owen Brennan |
| Job or Title *(if known)* | Forner Director of CIA |
| Street Address | Fordham Law School, 150 W. 62ND Street |
| City and County | Newyork |
| State and Zip Code | Newyork |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | James R, Clapper |
| Job or Title *(if known)* | Former Office Director of National Intelligence |
| Street Address | Center for New American Security |
| City and County | 1152 15th Street, NW |
| State and Zip Code | Washington , DC 20005 |
| Telephone Number | 202-457-9400 |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | Stephanie O'Sullivan |
| Job or Title *(if known)* | Former Deputy ODNI |
| Street Address | 2510 E. El Segundo Blvd |
| City and County | El Segundo |
| State and Zip Code | California 90245-4609 |
| Telephone Number | 310 336-5000 |

# Defendant(s) continued

Name: Secretary John Kerry

Address: Yale University

New Haven, CT 06520

Phone: 203-432-6253

203-432-4771

203-432-0575

Name: James Brien Comey Jr.

Address: Howard University

2400 Sixth Street, NW

Washington, DC 20059

202-806-6100

Name: John Owen Brennan

Address: Fordham Law School

150 W. 62nd Street

New York

New York 10023

Name: James R. Clapper

Address: Center for New American Security

1152 15th Street, NW

Washington, DC 20005

202-457-9400

Name: Stephanie O'Sullivan

The Aerospace Corporation

2510 E. El Segundo Blvd

El Segundo California 90245-4609

310-336-5000

Name: Lowes's Companies, Inc.

Address: 1000 Lowes's Blvd

Mooresville, North Carolina 28117

Official Capacity ×

Phone number 800-445-6937

Name: The Kroger Co.

Address: 1014 Vine Street

Cincinnati, OH 45202-1100

Official Capacity ×

Phone 513-762-4000

E-mail Address *(if known)* ______________________

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

18 U.S.C. 1961-1968 The Racketeer Influenced and Corrupt Organizations Act
18 U.S.C. 2340-2340B Chapter 113C Torture

______________________

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

a. If the plaintiff is an individual

The plaintiff, *(name)* ______________________, is a citizen of the State of *(name)* ______________________.

b. If the plaintiff is a corporation

The plaintiff, *(name)* ______________________, is incorporated under the laws of the State of *(name)* ______________________, and has its principal place of business in the State of *(name)* ______________________.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

a. If the defendant is an individual

The defendant, *(name)* ________________________________ , is a citizen of the State of *(name)* ________________________________ . Or is a citizen of *(foreign nation)* ____________________________ .

b. If the defendant is a corporation

The defendant, *(name)* ______________________________ , is incorporated under the laws of the State of *(name)* ________________________________ , and has its principal place of business in the State of *(name)* ____________________________ . Or is incorporated under the laws of *(foreign nation)* __________________________ , and has its principal place of business in *(name)* ____________________________ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

______________________________________________________________________

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

I claim that the defendants tortured me, with a method called, psychological torture or (no touch) torture.As the Plaintiff I claim the above listed defendants violated 18 U.S.C. 1961-1968 (The Racketeer Influenced and Corrupt Organizations Act) in the process of their torture attempting to have me complete (exhibit A1 and A3). The defendants through their accomplice also violated 18 U.S.C. 2340-2340B Chapter 113C with respect to the harm committed against me through torture.

The defendants have a pattern of racketeering, using intimidation and psychological torture against me, to create and submit (exhibit A3) material and others like it. The defendants along with the Russian Federation, sought to control that power vested in The United States Congress by the Constitution in the Commerce Clause Article 1, Section 8. By the extortion or removal of elected officials and applying psychological torture against me to research and find such material to use for such extortion and /or removal of elected officials from office.

1. The methods used are defined as psychological torture causing physical and mental damage. without touching,

a. All forms of torture cause psychological pain.

b. If one understands the nature of the cause, then the effects of torture become clearer.

c. Psychological torture is the infliction of suffering without resorting to direct physical violence.

d. An instance of psychological torture must have suffering, an infliction of that suffering and a lack of direct physical violence (indirect physical violence is always present with torture)

2. [Torture is] the deliberate, systematic, or wanton infliction of physical or mental suffering by one or more persons acting alone or on the orders of any authority, to force another person to yield information, to make a confession, or for any other reason (World Medical Association, 1975)

3. Convention Against Torture and Other Cruel, Inhuman or Degrading Treatment or Punishment (See exhibit A5), Articles 1 and 2: Definitions and Prohibitions

Definition of Torture

Paragraph 95. The Intentional infliction of "mental" pain and suffering is appropriately included in the definition of "torture" ............

Also a violation of 18 U.S.C. 2340-2340B

4. The Russian government has built on an existing relationship with the defendants and a collective of individuals, who are sometimes centralized and at other times decentralized I call the "Group". The Group is simular to a Mafia like organization, with a multitude of members spread out with controls in in government as well as industry.

5. During the period of 2015 to 2017, With the aid of the Group and the defendants the Russian Federation has been able to compromise the Executive Branch of government especially the Intelligence Branch. The primary objective for the Russian Government is the lifting of economic sanctions, as they continue to impact Russia's economy. (exhibit A7)

6. Russia is being hurt by economic sanctions,(exhibitA7-A8) The Russian Federation has enlisted the aid of the defendants to assist the Russian government. In either removing members of congress or applying extortion tactics to control their actions, as members of congress. The Leverage used would be material simular to that which I am introducing to the court. see (exhibit A3).

---

7. The Sanctions as they stand in H.R. 3364 (exhibit A8) of the 115th Congress, focus primarily on economic matters as it relates to Russia. What is known is the Russian government believes the sanctions should be lifted and is the reason I was not given Asylum in Russia. So that I would come back and work for the Russian government to get that Asylum. They sought to use extortion against members of congress to alter the nature of sanctions being imposed by Congress by the use of A3 material.

8. The defendants meet the requirements of, The Racketeer Influenced and Corrupt Organizations Act (RICO) by exerting influence through extortion, in an attempt to influence or impair the Congress and the vested powers of the Commerce Clause . The defendant's intent because of their association with the Group an (unknown collective of individuals), Is to apply psychological torture on me until I provide material such as A3 on all members of congress that the defendants and Group did not approve of.

9. The name of one individual at Kroger 901 N Lombardy St, Richmond Virginia 23220, Ashley 5'8" white female supervisor, who coordinates activities at Kroger in the year 2016 to the present. But there are many more who also work for Kroger and Lowe's who are foreign operatives associated with the defendants by an overall strategy or by their relationship to the group.

10. Acting as a citizen bringing forward A3 material, it would look legitimate to the observer from the outside, and to admit I was anything else would be out of the ordinary. Covert actions by one country to another is not new, but covert actions using this technique is. A key point to remember all torture ended upon the firing of James B. Comey Jr. (FBI Director) I was on the 4th floor at VCU librarywhen it happened the torture from the CIA,FBI,NSA all stopped instantly. There is almost no one in the city of Richmond that was not aware that I was being tortured, even to the Richmond Commonwealthg Attorney Mike Herring.

1. I have Mentioned Ashley at Kroger the FBI,CIA,NSA and how they worked together and the defendant's who formerly occupied those positions who are the defendants. James Brien Comey Jr. Former FBI Director, James Owen Brennan former CIA Director, John Kerry former Secretay of State, James R. Clapper former ODNI and Stephanie O'Sullivan, Deputy Director National Intelligence each had instrumental roles in extortion and racketeering and sytematic torture of me.

2. Now I will list those at Lowe's, where I believe some not all to be foreign operatives and in this core group. Those I believe to be followers of The Group ( individuals who are sometimes centralized and decentralized) may be both, but they all have an indirect and maybe relationship with the defendants. No matter who they are if on this list the evidence that I have catalogued daily will show they practice psychological torture daily on me. This is not a definitive list "Core Group", but only based on observations over the months that this appears to be at the core during the year 2016 through May 2017 and from my beginning employment at Lowe's in July 2017 to the present

These are the individuals involved:
Core Group at Lowe's store 1037

1. Mike Sida
2. Wade Wa
3. Christol
4. Josh/ Manager
5. Angela Miller
6. Mathew Building Materials
7. Timothy/tools
8. Vallerie Re
9. Adriene/Customer Service
10. John Paul JP/Manager
11. Mathew Alverez
12. Austin/Receiving
13. Hannah Sm
14. Zacharia/ToolWorld
15. John/ plumbing
16. Richard/ Flooring
17. Tyler Flooring
18. Thomas PSA
19. Christopher/ ISLG
20. John /LP
21. Jodseph /LP

3. The process of getting me to produce material involved Psychological Torture or (No Touch Torture) the defendants operated in both Kroger and Lowe's. The defendants operated in Kroger because it is where I made groceries and Lowe's as well.
The torture continued because of the successful production of the (exhibit A1) material, even though no data was found, the fact that I found it was deemed a success.

4. My torture in the Month of July was becoming intense so I purchased a ticket to the Russian Federation. I sought asylum in Russia, but the Russian Federation under Vladimir Putin had made arrangements with the defendants that it not be given. (exhibit A4) I left for Russia on September 12th and that is where I saw the defendant's involvement even to the State Department. Where similar techniques were being used that were being used in the United States. After exhausting my resources, I returned to the United States on September 30th. I returned to the United States to experience more torture until the firing of Director James Comey. It ended exactly at the time of his termination to the hour.

5. If my claim is allowed to move forward I will show how the defendant's violated 18 U.S.C. 1961-1968, I will show in my claim how the defendants are linked and how each played a part in my torture and pursuit of A3 material through torture.

---

6. The linkages precede the time periods mentioned which I will also show. My trip to Russia has importance because it will bring out the actions of the defendants prior to 2015 and how he State Department under John Kerry and other defendants carefully planned this operation. The State Department needed me to return to the United States. That is why there was no inquiry into why I was there, and the U.S. Embassy called me while IO was in detention, I did not call them. September 2016

I still undergo torture daily at Lowe's where I am now employed and Kroger where I buy groceries. Because of the psychological torture done in the process of coercion in 2016 2017 and in the present at Lowe's, I have sustained both mental and physical damage
A period that relates to the FBI and the CIA is May 6, 2010 the "Flash Crash", I will briefly explain how I was tortured to find out what happened and what really did happen. What part the CIA and FBI played in my torture and how the FBI was not looking for the cause of the crash, but whether or not someone could figure out what happened. This is a period where I was tortured regularly at Kroger and at Lowe's and coordinated by all of the defendants.

7. Prior to my work on the "Flash Crash" (exhibitA6) I had been unemployed for two years. This was planned by the defendants. In the year 2015 after 2 years of no work, I began working for an electronics recycling company called e-Waste Tech Systems LLC located at 5749 Charles City Circle, Henrico, VA 23231, owned by Fellipe Wright. There where CIA links at e-Waste, these links where confirmed by an employee of Michael Fieberman, who was a former partner of Fellipe Wright and e-Waste Tech.

8. Harland was that employee of Michael Fieberman, who was having a conversation with Lauren Webb In February or March 2016. Lauren was an employee of e-waste Tech who knew who Harland really worked for and she was a member of the Group. He did not know I was standing behind him. He mentioned an "Ops" slang for operations he was on, dealing with stolen military clothing being sold by an individual, that military clothing was not the "ops" or operation, but was an aside, a reference point in the conversation.

When Lauren looked at me he turned, but realized I already knew he worked for U.S. intelligence or formerly worked for them well before that conversation I already knew Fiebermans group was CIA. Harland participated in one event on Chamberlayne Avenue, I passed by him spoke and continued on. There was a half-dressed female with a black male he watched and looked and was watching his phone as I continued on by the couple.

9. But while at e-Waste during the period of April 2016, I was informed that my torture will continue until I found out where the money went to. It was implied in the conversation not explicit by Jamal a coworker.

As a result of the conversation I looked for the reason of the crash on May 6, 2010.
It took a week to deliver the result (again a mistake to deliver so fast or I should have not delivered at all), it was private equity and hedge funds that were responsible for the "Flash Crash" of May 6, 2010.

10. Waddell & Reed nor the futures trader in Britain, Navinder Singh Sarao were not responsible both had a paper trail of their trades. The private equity and hedge funds I looked at did not for May 2010. Once I found this out I also begin to learn how the Securities and Exchange Commission was involved in the hiding of the "Flash Crash" through omissions.

11. The Securities and Exchange Commission, (SEC) knowingly aided defendants and the Group, one was linked to the other. Financial Markets are no longer driven by supply and demand but insider manipulation and collusion. It even applies to currency markets the Group decides who the winners and losers will be not naturally occurring market behavior.
The SEC along with the Commodities Futures Trading Commission (CFTC) helps the Group by allowing the paper trail to disappear, and where there is no paper trail there is no transparency. The extreme pressure placed on me was (not) to find the money, but to know if the money could ever be found if there was an investigation.

After my FOIA request It became clear that the Flash Crash was created by the cooperation of the SEC and Private Equity and Hedge Funds, who were linked to defendants and the Group. The more road blocks placed in my way the longer it took to resolve the "Flash Crash" issue. The longer it took to resolve the Flash Crash, the longer and more intense my psychological torture became to deliver results that I would not give.

12. Out of the 22 Freedom of information Act (FOIA) request I made for (form 13f the form 13f, is not an optional requirement as congress in 1975 specifically created the law for form13f to allow for investor protection) for the period May 6, 20210 quarter which included the top 22 Private Equity Firms. I received a 100% response of "not able to locate information requested", even on appeal there was still a not able to locate. See (exhibit A1).

This eliminated the paper trail for the Group and by default the defendants. It allowed the Group and CIA to control the financial markets. The Financial Markets are controlled and manipulated by the defendants especially the CIA under John O. Brennan, with the aid of the Mafia like Group. This Group the means to control and build the links with the defendants. Securities and Exchange Commission among other agencies are given the responsibility of enforcing the rules and regulations set by congress for the securities industry.
The Group as well as the defendants, tortured me because it needed to know two things as
1. Could I find out how "Flash Crash" occurred and
2. Would I be able to locate were the money went to. I found out (1) and chose to avoid (2).

13. Between the months of April and June I was continually been torture on the street and when I went to buy food at Kroger. Once I produced the FOIA documents, for a short time the pressure eased and then resumed. Information about the "Flash Crash" was no longer important. (exhibit A3) material was now the target, but I refused as well and began to look for ways to escape.

14. I had discovered that the events of May 6, 2010 were about government and private industry and others such as the Group, creating money. I began to truly understand the scope of what was happening based on the SEC statement given by Mary Schapiro after the "Flash Crash" of 2010. The SEC statement on September 30th, 2010 by Mary Schapiro before congress was inaccurate. On page 39 11.2.c Titled: "ETF's and May 6" There are many statements that are not accurate. The page 39 statements read as follows "Many ETF's were equity based which experienced the most severe price dislocations on May 6, 2010." Not true. yes, many equity based ETF's were affected, but the statement goes on to say, "ETF's that do not derive their value from domestic securities were not disproportionately affected.

The international ETF's and Index shown in (exhibit A 11) Symbol's along with many others offered by MSCI, POWER SHARES, Black Rock iShares, MorningStar and Wisdom Tree, tell a different story. If their history began in prior to 2010 or there was some history prior to 5-6-2010. They showed a decline just as disproportionate or the same as Domestic securities in the U.S. Financial Markets. (exhibit A11)

15. In line 9 from the top of page 39, there is a reference to where traders trade both the ETF and the individual stocks of thee ETF's, only means there were arbitrage opportunities. The individual and Algorithms should have saw an arbitrage opportunity between the equity and the ETF, to not mention why this strategy in the context of the Crash does not give an accurate depiction of market mechanisms and trading strategies utilized.

16. Time zones should have also been an issue not all markets opened at the same time yet their ETF's and later their markets showed dramatic falls across the world with few exceptions on May 6, 2010. It was not a flash crash, it was organized price manipulation, there is no coherent explanation for it that can stand, other than collusion and market manipulation. Financial markets provide the money now for organizations to create money from nothing given the speed of transactions.

17. My claim is that the SEC and other defendants along with the Group planned and manipulated market mechanisms through collusion to make profits from insider trading at the expense of other investors. My torture was only a means to insure there could be no paper trail to find out if someone could find were the money went

to. That is why the defendants continued to push me mentally no matter the psychological damage caused. I believe if allowed to move forward with this claim I will show the collusion between the SEC and the defendants.

18.I think it important to note I was not new to financial markets and their behavior. My personal interest in Financial markets was not in the markets themselves but a theory I had been working on for approximately 27 years. It is called Anticipatory Theory, it sounds like other models of anticipatory theory but is fluid and complex. Because market behavior was very emotional showing human dynamics at work, I began to try my models on it. This may have been the reason among other things that I was chosen for torture.

19. That was my mistake, my model worked even when adaptations were being made by The Group and CIA, and eventually I saw that markets were not driven by human behavior but by manipulation. My model could capture anomalies. Many exist but I briefly outline the "Flash Crash", to illustrate the anomalies and how they occur. This outline came as a result of the torture I experienced in the Month of January 2016 through July 2017.

20. The defendants and the Group especially the CIA under John Owen Brennan, seek to control markets because it generates money that given the SEC abilities cannot be traced.

21. Manipulating "The Financial Markets" is one of the chief sources of income for the providing capital to run the defendant's operations.

a. The defendants and the Mafia like Group must have a lack of transparency among other factors to benefit from market, manipulation.
b. I must also have a lack of market participation by me, in order for the defendant's operations to go unnoticed. On numerous occasions my trades throughout the years have been interfered with, to get me out of the market. If I continued to monitor the markets, there was a fear I would continue to see anomalous behavior.
c. The SEC and CFTC must be controlled data must be overlooked and omissions made.
d. The FBI Securities Division, must also be compromised to a degree limited use of RICO in securities cases allows that to be. Even if there were Racketeering the hurdle is high for the FBI and their ability to bring proof of racketeering forward.
e. The SEC has such a relationship with the defendants that transparent markets no longer exist, and cannot exist.

22. I sought Asylum for two reasons because there was pressure to produce A3 and if A3 worked there would be more documents similar to it required. At this point I was still continually being tortured on the street and when I went to buy food at Kroger and visited the garden center at Lowe's until that departure occurred.

23. My claim is that Kroger and a lady named Ashley 5'8" white female supervisor at Kroger assisted and directed the tactics used at Kroger and managed the interaction between The Group the CIA and FBI during the period 2016 to May 2017. She was always directing using her cell phone receiving and sending messages frantically. There was always cooperation on where I was and what store I was going into between Kroger, Lowe's, 7-11 On Chamberlayne Avenue, Popeyes on Chamberlayne Avenue, Captain D's on Chamberlayne Avenue and many other stores.

24. The time and date of videos will bear this out as well as if given an opportunity to depose will show that torture did occur, and she and others participated. Kroger and Lowes among other locations were places to torture and try to keep me in line.

25. I resisted at every point once I was informed that they will never leave me alone because of who I was and what I can do. The FBI paused for a while then picked back up, continuing their torture techniques and coercion techniques used, to produce an outcome such as exhibit A1 and exhibit A3.

26. The symbiotic relationship between private enterprise and government, allowed Kroger and Lowe's to be operate freely in areas where torture could take place. Because of this as you will see, after the A1 material was produced. There was additional pressure by the defendants to produce A3 material prior to going to Russia and after returning from Russia.

27. I left for The Russian Federation on September 12th (exhibit A4) and returned on September 30th to the same conditions of torture I had left. I made a formal request through Senator Warners office (exhibit A13) to see if I was being investigated by the Justice Department or FBI. At that time, I handed over material giving Gary, the Regional Director for Senator Warner a pile of Congressmen and Woman and Senators that were likely for A3 material. I told him about my torture he had no response other than to take my information and forward it to Senator Warners aid.

28. The United States Embassy in Moscow was also participating to some degree in the torture tactics used in the U.S. from the video of my visits to the embassy it will show how the state department was also involved in and participated in my psychological torture. Along with the Russian Federation, headed by President Vladimir Vladimirovich Putin. I not only was not able to obtain asylum, but I was also not allowed to touch or write on any documents related to asylum, leaving no indication other than the directions given that I had been to that office.

29. In the year 2017 I was unemployed from January 2017 to July 29, 2017, this was by design by Russian operatives in the United States and the Group with the help of the FBI. Most of the defendants had left office as there was a new president in office, this is not to say the defendants did not or were not aware of the activities of the Group or The Russian Federation.

30. Sanctions had been voted on against the Russian Federation and signed by the president, on July 29th, 2017, I began my employment at Lowe's. At this time, I was still being pressured by the FBI to produce (exhibit A3) material. I finally took the A3, material upon completion to Congress instead of using it as the members of Lowe's and defendants wanted it used for.

31. As a result of my employment at the Lowe's at 1640 west broad Street and taking this to the listed Senators and Congressman. My torture reached a new level, I had to have different levels of medications as an aid.

32. I was learning and had confirmed a critical piece of information, about the torture techniques an employee for Lowes mentioned over the phone what particular colors were going to be worn that day. I continued to eat but made a note that this was "confirmation" for me that communication was done by cell phone. The employee discussed what colors would be worn that day and what was going to be worn the next day. This is how communications had been done and were continuing to be done, and confirmed that the use of colors was one of the methods used to torture.

33. In conclusion my claim restated is that the defendants violated 18 U.S.C. 1961-1968 (The Racketeer Influenced and Corrupt Organizations Act),18 U.S.C. 2340-2340B Chapter 113C Torture. I believe if given the opportunity I will clearly show how defendants violated RICO with a pattern of racketeering,, intimidation and psychological torture against me, and how the defendants along with the Russian Federation, sought to control that power vested in The United States Congress by the Constitution in the Commerce Clause Article 1, Section 8. By the extortion or removal of elected officials and applying psychological torture against me to research and find more of A3 material to use for such extortion
and /or removal of elected officials from office.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Because of the actions of the defendants and their use of psychological torture against me, In their violation of (RICO) I have had to make frequent visits to Hunter Holmes McGuire Hospital. I have received medical care from a psychiatrist, medication has been prescribed and increased twice. The mental and psychological damage can best be described by a psychiatrist. The emotional and mental damage from psychological torture is irreparable. As a result of the defendants action I am asking for compensatory damages to pay for the damage incurred and punitive damages so that this occurance does not happen again.

James B. Comey Jr. $200,000,000 total with $100,000,000 in Compensatory Damages and $100,000,000 in Punitive Damages. When James Comey was the Director of the FBI, he had a duty to uphold the law he failed in a dramactic way, with a failure to protect a citizen from extortion, by way of torture and also to not participate in that torture.

Secretary John Kerry $ 250,000,000 with $125,000,000 in Compensatory Damages and $125,000,000 in punitive damages for his participation and inaction.

James Owen Brennan $ 1,250,000,000 with $550,000,000 in compensatory damages and $700,000,000 in punitive damages

James R. Clapper $5,000,000,000 total damages $2,500,000,000 in compensatory damages and $2,500,000,000

Stephanie OSullivan $1,000,000,000 in compensatory damages and $1,000,000,000 in punitive damages

The Kroger Co. $ 2,000,000,000 in compensatory damages and $10,000,000,000 in actual damages to me

Lowe's $2,000,000,000 in compensatory damages and $15,000,000,000 in actual damages that are still occurring

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 12/4/17

Signature of Plaintiff: Kim L Franklin

Printed Name of Plaintiff: Kim L. Franklin

### B. For Attorneys

Date of signing: ____________

Signature of Attorney ____________

Printed Name of Attorney ____________

Bar Number ____________

Name of Law Firm ____________

Street Address ____________

State and Zip Code ____________

Telephone Number ____________

E-mail Address ____________