**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

KIM FRANKLIN,

Plaintiff,

v. Civil Action No. 3:17cv798

JAMES COMEY,
et al.,

Defendants.

**ORDER**

Having reviewed the proffered Complaint in this action and the allegations therein, and having concluded that the putative Complaint is frivolous and delusional, to the extent that it understandable at all, it is hereby ORDERED that the Complaint is dismissed without prejudice.

Any appeal from this decision must be taken by filing a written notice of appeal with the Clerk of the Court within thirty (30) days of the date of entry hereof. Failure to file a timely notice of appeal may result in the loss of the right to appeal.

The Clerk is directed to send a copy of this Order to the plaintiff.

/s/ REP
Robert E. Payne
Senior United States District Judge

Richmond, Virginia
Date: December 11, 2017